Opinion issued February 15, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00554-CV

____________


AERIFORM, INC. D/B/A WESTWELD ACQUISITION CORP. AND
IWECO, INC., Appellants


V.


WILLIAM P. O'CONNELL AND BARBARA SHUFORD O'CONNELL,
Appellee






On Appeal from the 131st District Court

Harris County, Texas

Trial Court Cause No. 2004-38370






MEMORANDUM OPINION

 Appellants have filed an unopposed motion to dismiss their appeal. No opinion
has issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Keyes, and Higley.